# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:14-cv-00439-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED IN FORMA PAUPERIS APPLICATION AND REQUIRING PLAINTIFF TO FILE SIGNED IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE WITHIN THIRTY DAYS |
| v. | |
| LISIA S., | |
| Defendant. | (Doc. 2) |

Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 27, 2014. Plaintiff filed an application to proceed in forma pauperis but failed to sign it.

Unsigned filings cannot be considered by the Court and Plaintiff's application ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131. Plaintiff is required to file a signed application or pay the $450.00 filing fee **thirty (30) days.  The failure to do so will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **April 25, 2014**             /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

