# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>    Plaintiff,<br><br>    v.<br><br>LISIA S.,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-00439-SKO (PC)<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 4) |

Plaintiff Archie Cranford, a civil detainee proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 27, 2014. On April 25, 2014, the Court issued an order striking Plaintiff's unsigned application to proceed in forma pauperis and requiring Plaintiff to either pay the $400.00 filing fee in full or file a signed application to proceed in forma pauperis within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

///

///

1  Accordingly, the Court HEREBY ORDERS that this action be dismissed, without
2 prejudice, for failure to pay the filing fee or to file a completed application to proceed in forma
3 pauperis.

IT IS SO ORDERED.

Dated:   **June 6, 2014**                              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE